

# AFTAB PUREVAL
# HAMILTON COUNTY CLERK OF COURTS

## COMMON PLEAS DIVISION

```
ELECTRONICALLY FILED
December 7, 2021 02:56 PM
     AFTAB PUREVAL
     Clerk of Courts
  Hamilton County, Ohio
  CONFIRMATION 1136530
```

**DUANE NORMAN**  **A 2104194**

vs.
**JOHNSON CONTROLS INC**

## FILING TYPE: INITIAL FILING (IN COUNTY) WITH JURY DEMAND

## PAGES FILED: 5

EFR200

**EXHIBIT A**

Jon B. Allison (0073955)<br>
Trial Attorney for Plaintiff

## COURT OF COMMON PLEAS
## HAMILTON COUNTY, OHIO

| | |
|---|---|
| **DUANE NORMAN** : | Case No. _____ |
| 711 Cloverdale Ave. : | |
| Cincinnati, Ohio 45246 : | Judge _____ |
| : | |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| **JOHNSON CONTROLS, INC.** : | |
| 9685 Cincinnati-Dayton Highway : | |
| West Chester, Ohio 45069 : | **COMPLAINT WITH JURY DEMAND** |
| : | **ENDORSED HEREON** |
| Defendant. : | |

Plaintiff Duane Norman complaining of Defendant Johnson Controls, Inc., states as follows:

### PARTIES

1. Plaintiff Duane Norman is a resident and citizen of the State of Ohio.

2. Defendant Johnson Controls, Inc. is a corporation that does business in West Chester, Ohio.

3. Defendant is an employer within the meaning of applicable law.

### JURISDICTION AND VENUE

4. This Court has jurisdiction and venue is proper in Hamilton County because Plaintiff is located in Hamilton County and events complained of took place within Hamilton County. The amount in controversy exceeds the jurisdictional minimum for this Court.

1

**EXHIBIT A**

5. Plaintiff filed a timely charge with the Equal Employment Opportunity Commission ("EEOC") and was issued a Notice of Suit Rights dated September 9, 2021.

6. Plaintiff filed this Complaint within 90 days of his receipt of the Notice.

## FACTUAL ALLEGATIONS

7. Plaintiff Duane Norman is 68 years old and African American.

8. Plaintiff was employed by Defendant as a Sales Representative from January 1997 until his abrupt termination on June 19, 2020.

9. Throughout his 24-year career Plaintiff was a committed and successful employee who was fully qualified for the position he held.

10. In 2017, Plaintiff became concerned that his accounts were being taken from him and reassigned to significantly younger and Caucasian employees. Plaintiff filed a charge of discrimination with the EEOC.

11. Following his complaint, things did not improve. Instead, Defendant continued to remove accounts, and Plaintiff became concerned about retaliation.

12. The loss of accounts and contracts had an impact on Plaintiff's ability to meet sales goals and earn commissions.

13. Plaintiff again raised concerns of discrimination to human resources, his immediate managers, and upper-level managers.

14. Plaintiff was abruptly terminated June 19, 2020. Plaintiff was told that he was being released to due to low performance. However, Plaintiff had closed over 781k and had the highest finished goods margin in the district office. At the time of his termination, Plaintiff had a backlog of over $5.3 million in business, of which $2 million was due to book at the end of September 2020.

2

## COUNT I

### (Age Discrimination - ADEA)

15. Plaintiff realleges the foregoing paragraphs as if fully rewritten herein.

16. Plaintiff is over 40 years of age.

17. Plaintiff was fully qualified for his position at all relevant times.

18. Defendant's conduct in discriminating against Plaintiff includes, but is not limited to, treating him less favorably than similarly situated, significantly younger employees and terminating his employment on account of his age in violation of the ADEA.

19. Defendant's conduct was intentional, willful, wanton, malicious, and in reckless disregard of Plaintiff's legal rights.

20. As a direct and proximate result of Defendant's unlawful conduct, Plaintiff has suffered damages for which he is entitled to recovery.

## COUNT II

### (Race Discrimination – Title VII)

21. Plaintiff realleges the foregoing paragraphs as if fully rewritten herein.

22. Plaintiff is African American.

23. Plaintiff was fully qualified for his position at all relevant times.

24. Defendant's conduct in discriminating against Plaintiff includes, but is not limited to, treating him less favorably than similarly situated Caucasian employees and terminating his employment on account of his race in violation of Title VII.

25. Defendant's conduct was intentional, willful, wanton, malicious, and in reckless disregard of Plaintiff's legal rights.

E-FILED 12/07/2021 02:56 PM  /  CONFIRMATION 1136530  /  A 2104194  /  COMMON PLEAS DIVISION  /  IFIJ

**EXHIBIT A**

26. As a direct and proximate result of Defendant's unlawful conduct, Plaintiff has suffered damages for which he is entitled to recovery.

## COUNT III

### (Retaliation – Title VII and ADEA)

27. Plaintiff realleges the foregoing paragraphs as if fully rewritten herein.

28. Plaintiff engaged in protected activity by filing a Charge of Discrimination with the EEOC and complaining to Defendant about discrimination based upon his age and race.

29. Defendant terminated Plaintiff's employment because he engaged in protected activity.

30. Defendant's conduct was intentional, willful, wanton, malicious, and in reckless disregard of Plaintiff's legal rights.

31. As a direct and proximate result of Defendant's unlawful conduct, Plaintiff has suffered damages for which he is entitled to recovery.

**WHEREFORE**, Plaintiff Duane Norman demands judgment against Defendant as follows:

(a) That Plaintiff be reinstated;

(b) That Plaintiff be awarded all lost pay, front pay and benefits;

(c) That Plaintiff be awarded compensatory damages;

(d) That Plaintiff be awarded punitive damages;

(e) That Plaintiff be awarded liquidated damages;

(f) That Plaintiff be awarded pre-judgment and post-judgment interest;

4

(g) That Plaintiff be compensated for the adverse tax consequences of receiving a lump sum award rather than his compensation over several, separate tax years;

(h) That Plaintiff be awarded reasonable attorneys' fees; and

(i) That Plaintiff be awarded all other legal and equitable relief to which he may be entitled.

Respectfully submitted,

/s/ *Jon B. Allison*
Jon B. Allison (OH: 0073955)
Attorney for Plaintiff
FREKING MYERS & REUL LLC
600 Vine Street, Ninth Floor
Cincinnati, Ohio 45202
Phone: 513-721-1975/Fax: 513-651-2570
jallison@fmr.law

## JURY DEMAND

Plaintiff hereby demands a trial by jury on all issues so triable.

/s/ *Jon B. Allison*